1  D. Brian F. Bartolome
   No Address Available
2  (310) 880-1164

3  In Propria Persona

4

5                                              FILED

6                                           SEP 2 0 2007

7                                      RICHARD W. WIEKING
        UNITED STATES DISTRCI COURT   CLERK, U.S. DISTRICT COURT
8                                      NORTHERN DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA   DISTRICT OF CALIFORNIA

9

10

11  D. BRIAN F. BARTOLOME AND DOES 1 THRU 10; ) Case No: 07 4888
                                              )
12            Plaintiffs,                     ) Three-Judge Court or Jury Trial
                                              )
13                                            )   1. CHILD ABUSE
                                              )   2. COMPLAINT FOR LACK OF OVERSIGHT
14        vs.                                 )      OVER INTELLIGENCE COMMUNITY
                                              )   3. MULTIPLE CLAIMS, COMPLEX ISSUES
                                              )   4. REQUEST APPOINTMENT OF AN ATTORNEY
15                                            )   5. ATTACHMENT
    UNITED STATES OF AMERICA; UNITED STATES   )   6. VIOLATIONS OF GENEVA CONVENTIONS
16                                            )   7. VIOLATIONS OF THE UNITED STATES
    DEPARTMENT OF JUSTICE; UNITED STATES      )      CONSTITUTION
17                                            )   8. VIOLATIONS OF THE BILL OF RIGHTS
    ATTORNEY GENERAL WILLIAM FRENCH SMITH;    )   9. VIOLATIONS OF INTERNATIONAL LAW
18                                            )  10. VIOLATIONS OF FEDERAL LAW
    UNITED STATES ATTORNEY GENERAL EDWIN MEESE )  11. VIOLATIONS OF STATE LAW
19                                            )  12. VIOLATIONS OF INDIVIDUALS' RIGHTS
    III; UNITED STATES ATTORNEY GENERAL       )      TO INTELLECTUAL PROPERTY CLAIMS
20                                            )  13. VIOLATIONS OF INDIVIDUALS' RIGHTS
    RICHARD THORNBURGH; UNITED STATES ATTORNEY )      TO BUY LAND AND CLAIM PROPERTY
21                                            )  14. VIOLATIONS OF THE AMERICAN
    GENERAL WILLIAM BARR; UNITED STATES       )      DISABILITIES ACT
22                                            )  15. WORKPLACE HARASSMENT
    ATTORNEY GENERAL JANET RENO; UNITED STATES)  16. OTHER
23                                            )  17. VIOLATIONS OF WHILSTLEBLOWER ACT
    ATTORNEY GENERAL JOHN ASHCROFT; UNITED    )
24                                            ) DATE:
    STATES ATTORNEY GENERAL ALBERTO GONZALEZ; ) TIME:
25                                            ) DEPT:
    UNITED STATES ATTORNEY GENERAL            )
26                                            )
    (SUBORDINATE); AND/OR AIR FORCE           )
27                                            )
    INTELLIGENCE; AND/OR ARMY INTELLIGENCE;   )
28                                            )
                                              )

            COMPLAINT FOR LACK OF OVERSIGHT OVER INTELLIGENCE COMMUNITY - 1

                            20070913.01'1

1  AND/OR COAST GUARD INTELLIGENCE; AND/OR    )
                                              )
2  DEFENSE INTELLIGENCE AGENCCY; AND/OR       )
                                              )
3  DEPARTMENT OF HOMELAND SECURITY; AND/OR    )
                                              )
4  FEDERAL BUREAU OF INVESTIGATION; AND/OR    )
                                              )
5  NATIONAL SECURITY AGENCY; AND/OR NAVY      )
                                              )
6  INTELLIGENCE; AND/OR UNITED STATES         )
                                              )
7  DEPARTMENT OF STATE (BUREAU OF             )
                                              )
8  INTELLIGENCE AND RESEARCGH); AND DOES 1    )
                                              )
9  THRU 10;                                   )
                                              )
10            Defendants.                     )
                                              )
11                                            )
                                              )
12

13

14

15                          **I. Introduction**

16      1.      This complaint comes before the court prematurely. The plaintiff requests

17  the appointment of an attorney. The plaintiff would like to clear with the Court the

18  exhibits he has in his possession, which can be deemed by the Government to be

19  CLASSIFIED in nature. The resolution of these matters would allow the Plaintiff to

20  seek a private attorney to help resolve the damages he cannot clearly articulate

21  without an attorney. The exhibits number hundreds of pages. The plaintiff does not

22  understand the Federal Rules of Civil Procedure, or the Local Rules; and does not have

23  the monetary, legal, and material resources available to develop a well-founded

24  complaint.

25

26

27

28

## II. Three-Judge Court or Trial by Jury

2.    The Plaintiff has requested a Three-Judge Court or Trial by Jury because the Plaintiff contends that the Court will find that matters being brought forward before this Court are complicated and at times, illogical. Decisions based on the possibility of conflicting information have the ability to move into different positions, based on the amount of information provided, and based on the timing of when the information is provided.  The issues being brought forward before this Court involves the Government's Classified Intelligence Program. The Plaintiff contends that the Court will find the activities involved in this program, have a detrimental effect on the community of voters, on the victim, and on those officials who govern. Furthermore, considering that a substantial amount of information related to these activities involves a "non-combative" use of force, it may be in the Court's interest to have this matter heard in a non-public setting, to prevent duplication of testimony by copycat litigators. The Plaintiff rests the decision of Three-Judge Court or Trial by Jury with the Court or Court appointed attorney.

## III. Jurisdiction and Venue

3.    The Plaintiff does not clearly understand how to address answering this section. The situation was roving and covered vast areas and issues. The situation is complex.

## IV. Parties

4.    The Plaintiff does not clearly understand how to address answering this question without discussing matters that may be deemed by the Government to be Classified in nature.

1

## V. Statement of the Case

2

3      5.      The Plaintiff does not clearly understand how to address answering this

4  question without discussing matters that may be deemed by the Government to be

5  Classified in nature.

6

7                            ## VI. Prayer for Relief

8

9      6.      The Plaintiff is prepared to submit a prayer for relief to the Court, but

10  the information to be provided is contingent on the proposed timeline. The issues

11  addressed in this timeline are sensitive and could involve international issues,

12  depending on the Court's decision of inclusion. The Plaintiff does not want to be

13  responsible for releasing this information as a form of publicly accessible Court

14  document(s), without the Court's approval.

15

16                        ## VII. Notice of Multiple Cases Filed

17

18      7.      Several cases will be filed with this Court upon submission of the

19  complaint. The cases vary only by party identified in this initial action. The purpose

20  in keeping these cases separate with the parties not joined together into the same

21  complaint is because, although the parties may be represented by the same legal

22  organization, the following matters still remain unanswered:

23  1. Do these groups have different interests?

24  2. Do these groups serve different purposes?

25  3. Does CLASSIFIED information distributed to these groups vary by preference?

26  4. Out of these groups, what is the difference in decision-making power?

27  5. Out of these groups, what purpose does it serve to separate information from

28       one group to another?

COMPLAINT FOR LACK OF OVERSIGHT OVER INTELLIGENCE COMMUNITY - 4

6. Out of these groups, do these groups transfer accurate and complete information from one administration to another, regardless of political party?

7. If so, what kinds of problems does that create within each group?

## VIII. Related Cases

8.

1. SACV06-1012      (Federal)
2. SACV06-1035      (Federal)
3. SACV06-1036      (Federal)
4. SACV06-1037      (Federal)
5. SACV06-1038      (Federal)
6. SACV06-1039      (Federal)
7. SACV06-1040      (Federal)
8. SACV06-1041      (Federal)
9. SACV06-1228      (Federal)
10. SACV07-0633     (Federal)
11. SACV07-0647     (Federal)
12. SACV07-0648     (Federal)
13. SACV07-0653     (Federal)
14. SACV07-0928     (Federal)
15. SACV07-0929     (Federal)
16. SACV07-0930     (Federal)
17. 06HL01040       (State)
18. 06HL01561       (State)
19. 06HL01562       (State)
20. 06HL01563       (State)
21. 06HL01564       (State)

1   22. 06HL01565        (State)

2   23. 06HL01566        (State)

3   24. 06HL01567        (State)

4   25. 06HL01568        (State)

5   26. 06HL02348        (State)

6   27. 06HL02611        (State)

7   28. 06HL02612        (State)

8   29. 06HL03158        (State)

9   30. 06HL04539        (State)

10  31. AP14840          (State / Appeal)

11

12                      **IX. Communication Issues**

13

14      9.      The Plaintiff has requested a Court appointed attorney. The Plaintiff,

15  having worked several years as an intake coordinator in the Emergency Room (also

16  responsible for intake of '5150' psychiatric evaluation of patients), contends that

17  differences exist among those who attempt to address issues related to Psychology. A

18  codified language was used in the activities involved in this (Classified

19  Intelligence) issue. Although the Plaintiff can attempt to translate the language into

20  layman's terms, the Plaintiff will be limited in translating the language into

21  legal/logical terms that are more suitable to be presented before a Three-Judge Court.

22

23                      **X. Pre-Trial Concerns**

24

25      10.     The Plaintiff contends that a "high priority" issue of "containment" has

26  been initiated upon the Plaintiff for an extensive period of time. The Plaintiff knows

27  that admitting to these activities depends on weather or not the Government Agency

28  involved is honorable enough to admit to the Courts their involvement in the matter.

COMPLAINT FOR LACK OF OVERSIGHT OVER INTELLIGENCE COMMUNITY - 6

20070913.01'1

The Plaintiff knows that the control over this issue is in the hands of the influencing party. That party having already contributed an unprecedented amount of resources into keeping this matter out of the public ear, may also have an interest in conducting the same activities against the Court, leading up to and during a "full hearing" on this matter. The Court should be aware that a "full disclosure of activities involved in the Intelligence Program" precedes the complaint.

## XI. Calendar Issues

11.    The Plaintiff, a student at the University of California, Irvine, whose emphasis in his academic field, is on International Studies, will be out of the country for several weeks during the timeframe of June 14th, 2008 thru August 30th, 2008; and each year thereafter.

## XII. Timeline

12.    An agreed upon timeline is necessary to explain to the Court, prior to the development of the complaint. Specifically because, without an agreed upon establishment of the timeline to be addressed, the Court will find the issues to be confounding and lacking subject matter. The complaint will also differ in factual statements depending on the agreed upon timeline. A proposed timeline can be submitted to the Court, but the timeline would include matters that the Plaintiff does not want to be responsible for releasing to the public.

1                                      **XIII. Seal**

2

3        13.    A previous attempt to "seal the entire case" was proposed in State Court.

4    The request was denied and the documents remain accessible to the public. Enclosed, is

5    a copy of this request identified as Exhibit I.

6

7                                    **XIV. Exhibits**

8

9        14.    The Plaintiff has in his possession hundreds of pages of exhibits. He

10   lacks the resources and time to properly deliver two copies of the packet of exhibits

11   to the Court for each individual case. He can provide the Court with one original and

12   one full copy of the exhibits, upon request; but is concerned about public disclosure

13   of the documents.

14

15                                   **XV. Conclusion**

16

17       15.    As noted, there are several issues compelling the Plaintiff from

18   submitting a properly founded Complaint. Some of the issues involve the lack of

19   financial resources, the lack of material resources, the lack of time, and the lack of

20   legal resources; a substantial amount of issues deal with the Plaintiff's inability to

21   adequately articulate matters without a trained legal representative. Another issue

22   deals with the clearance in formally discussing the matters and the possibility of

23   these matters becoming part of publicly accessible documents. The matters that have

24   not yet been disclosed are pertinent to developing the complaint. These issues need to

25   be resolved prior to developing the complaint, because the complaint is dependent on

26   the resolution of these issues.

27       16.    Although the Defendant may attempt to attack the Plaintiff's credibility

28   and focus their "tailor made" case to suit practically different and newly made

1  issues, the Plaintiff contends that this case originated from issues of research,

2  undermining the public interest, issues pertaining to voting, issues related to the

3  use of force, containment, torture, and psychological abuse (such psychological

4  techniques having the same effect as what political analysts have labeled to be "water

5  boarding"), just to name a few…

6      17.    The Plaintiff brings this case forward for all the above stated reasons

7  and requests that the Court approach this case considering the complexity of the

8  matter. The Plaintiff asks the Court to consider, "Why wouldn't the (responsible)

9  agencies employ such tactics, considering an issue of containment?"

10

11              **XVI. Notice of Excessive Amount of Cases**

12

13     18.    The Plaintiff, prior to filing in Federal Court, filed 13 Temporary

14  Restraining Orders requesting that the State Court order the (Identified) Defendant(s)

15  cease and desist from harmful actions. The Court denied all requests.

16     19.    Now, the Plaintiff is filing seven additional cases related to the same

17  issue, but has separated the (Identified) Defendant(s) into groups more common to

18  their line of work. The Plaintiff did this to make it easier for the Court to identify

19  the problem and does not object if the Court decides to consolidate these cases

20  accordingly.

21

22                   **XVII. Causes of Action(s)**

23

24     **20.**    The Plaintiff does not clearly understand how to address answering this

25  question without discussing matters that may be deemed by the Government to be

26  Classified in nature.

27     21.    Lastly, the Court will find that in the event that the Government

28  Defendant actors involved in this case begin explaining their side of the story, a

1   familiar technique used was mix matching employees from different departments and mix

2   matching descriptive terms while signaling was used in the field. This technique

3   dilutes the story in such a confounding manner, that the Plaintiff is already at mercy

4   to the Government's fiction vs. non-fiction explanation of events being brought

5   forward in Court because they can control the story in such a coercive way.

6   Unfortunately, upon inquiry of these activities, the Court will be able to form their

7   own opinion on this matter.

8

9                                    **XVIII. ATTACHMENT**

10

11      22.    Knowledge that the orders given to the intelligence community, issued to

12   conduct formal and informal operations come from within a systematic designated

13   hierarchy.

14      23.    Knowledge that the hierarchy can exist from within the three branches of

15   Government, the Executive, the Legislative, and the Judicial Branches of Government

16   who have knowledge of how the community works.

17      24.    Knowledge that the Executive Branch of Government, during this

18   administrative cycle; was in total control of the intelligence community.

19      25.    Knowledge that the full functioning of the intelligence community is a

20   necessary disclosure to all members of Congress and to the concerned Judicial Bodies,

21   especially during a time of Pre-Emptive practices.

22      26.    Knowledge that Pre-Emptive practices, is a concept difficult to defend /

23   support / explain in a Court of Law due to the matter of prejudgment involved.

24      27.    Knowledge that the matter of prejudgment involved during Pre-Emptive

25   practices will result in heavy damages; due to the experimentation involved.

26      28.    Knowledge that the experimentation (practices) allows the intelligence

27   community to "create an intended outcome", especially with well-endowed financial

28   support.

29.    Knowledge that by providing the intelligence community with well-endowed financial support and proper legal support would allow a selection of choice:

a. The outcome can be predicted.

b. The outcome can be multiple.

c. The interjection and guidance of activities can be guided during the "real" time second/minute/hour/day/month/year/administration and at every point* necessary.

* The above creates a *total ensemble*.

30.    The interjection and guidance of activities during "real" time gave the chief an upper hand over the Legislative and Judicial Branches of Government.

31.    The Legislative Branch of Government had no choice but to succumb to the judged decisions of the total ensemble.

32.    The Judicial Branch of Government could not do anything because the argument has been carried throughout many hearings and debates within the Legislative. No formal agreement or resolution has been reached, because the problem is internal and political.

33. While concurrently, the Judicial is being limited by the total ensemble because of cases being heard on a one point* basis. Furthermore, the Judicial Branch is being limited during hearing of the matter because the legal representation can take various positions of truth without having to explain the fact that the logic was manipulated for representation during the course of operations.

35. The following are –

PLAINTIFF ALLEGED (CLASSIFIED) ACTIVITIES / PREMEDITATED ACTS OF:

1. Assault

2. Adultery

3. Affray

4. Aggravated Battery

5. Alleged Police Brutality

1    6. Baiting

2    7. Barratry

3    8. Blackmail

4    9. Child Abuse

5    10. Commercial Crimes

6    11. Common Assault

7    12. Computer Crimes

8    13. Copyright Infringement

9    14. Corruption

10    15. Crimen Injuria

11    16. Crimes Against Humanity

12    17. Criminal Conversion

13    18. Criminal Threatening

14    19. Death Threat

15    20. Disorderly Conduct

16    21. Disturbing the Peace (Crime)

17    22. Domestic Violence

18    23. Drug Possession

19    24. Eavesdropping

20    25. Embezzlement

21    26. Embracery

22    27. Employment Fraud

23    28. Enhanced Interrogation Techniques

24    29. Extortion

25    30. Failure to Appear

26    31. False Pretenses

27    32. Forced Entry

28    33. Forgery

1    34. Fraud

2    35. Good Cop / Bad Cop

3    36. Hate Crimes

4    37. Hit and Run (Vehicular)

5    38. Home Invasion

6    39. Homicide

7    40. Human Rights Abuses

8    41. Identity Theft

9    42. Illegal Occupations

10   43. Individual Thefts

11   44. Inside Job

12   45. Insider Trading

13   46. Intimidation

14   47. Kidnapping

15   48. Larceny

16   49. Mail Fraud

17   50. Malfeasance in Office

18   51. Mock Execution

19   52. Moving Violation

20   53. Murder

21   54. Obstruction of Justice

22   55. Perjury

23   56. Perverting the Course of Justice

24   57. Political Crime

25   58. Pride-and-Ego Down

26   59. Racketeering

27   60. Ransom

28   61. Robbery

1    **62. Sabotage**

2    **63. Sedition**

3    **64. Sensory Deprivation**

4    **65. Sex Crimes**

5    **66. Sleep Deprivation**

6    **67. Stalking**

7    **68. Summary Offence**

8    **69. Swarming (Crime)**

9    **70. Theft**

10   **71. Trespass**

11   **72. Usury**

12   **73. Vandalism**

13   **74. White Torture**

14   **75. Witness Tampering**

15

16       36.    Knowledge that the activities are focused on effecting the victim, the

17   victim's friends, the victim's family, the victim's acquaintances, the victim's

18   workplace, the victim's academic / intellectual surroundings in a negative way.

19       37.    Knowledge that the activities are focused on making it seem that the

20   victim is at fault in all-questionable circumstances.

21       38.    Knowledge that if one victim is targeted multiple harms will result. To a

22   certain degree, the personal and financial relationships of the victim become harmed

23   through some direct or indirect action, inflicted by the operation.

24       39.    Knowledge that the victim, upon contesting matters with the Court will be

25   made to seem the damages were self-inflicted.

26       40.    Knowledge that the activities involve - the use of self-inflicted harm,

27   controlled by the agents conducting field operations and catalytically caused by them.

28       41.    Knowledge that field agents teach classified techniques to third parties,

         COMPLAINT FOR LACK OF OVERSIGHT OVER INTELLIGENCE COMMUNITY - 14

                              20070913.01'1

1    who unknowingly become part of a field operation to negatively affect the victim.

2        42.    Knowledge that the lives of the effected parties become disorganized,

3    chaotic, and increase their want to spend / make decisions less cautiously.

4        43.    Knowledge that field agents can take advantage of the financial

5    deprivation of the effected parties, without restraint.

6        44.    Knowledge that the above; constitutes basis to our Government's lack of

7    keeping pertinent documentation.

8        45. Knowledge that operations have been conducted against members of Congress

9    since (on or about) 1999, at least during this sequence of operations.

10        46. Knowledge that the victim's inability to disclose the cover of a "Doe"

11    allows the above indicated aggressing party to disfigure the case at all points – this

12    concept is different if the parties involved are government vs. government; as opposed

13    to innocent civilian vs. government. This case represents innocent civilian vs.

14    government.

15        47. Knowledge that the aggressor has become involved in every aspect that could

16    lead to a credible point in the case, to allow the above named Defendants the greatest

17    immunity through their practice of creating causes and effects.

18        48. Knowledge that the aggressor has become involved in every aspect of

19    scheduling matters; whereas they have the greatest control in creating scheduling

20    effects upon Plaintiffs, Defendants, and Third Parties to control desired outcomes.

21        49. Knowledge that the ability to report, contest, and/or create awareness of

22    these matters outside of a Court of Law, is already effected by Item #47 and Item #48.

23        50. Knowledge that the ability for a Court to properly function when hearing

24    these matters depends on:

25        a. Weather the Court is willing to hear "what these activities are".

26        b. Weather the Court understands the effects of the practice of these

27        activities.

28

COMPLAINT FOR LACK OF OVERSIGHT OVER INTELLIGENCE COMMUNITY - 15

20070913.01'1

1      c. Weather the Court can get a confession from the above named Defendants that

2      these activities are true.

3      d. The timeframe that the Court is willing to acknowledge.

4      e. The categories of existence that the Court will recognize in the development

5      of the complaint. For example, the Court will allow hearing of matters related

6      to Psychological Operations, Use of Drugs and Chemicals; Wiretapping;

7      Scheduling Effects; Workplace Harassment; and Other.

8      f. Weather or not the Court is willing to hear the related cases together or

9      separately.

10      g. Weather or not the Court is willing to inquire about how these activities

11      effect the children of the victims.

12      h. Weather or not the Court is willing to inquire about how the Government has

13      practiced avoiding these matters from being heard in a Court of Law, prior to

14      the submission of this complaint.

15      i. Weather the Court is willing to hear matters that involve protected "Does";

16      who's identities may never be released to the Court because of the actions they

17      partake upon their victims and because of the political nature of the games

18      that they play.

19

20      **Note: A similar complaint will be forwarded to the appropriate Government /**

21  **Legal Regulatory Agencies to initiate investigatory proceedings.**

22

23      **Disclaimer:   Certain above named defendants belong to the same Legal Department**

24  **responsible for advising up to all three branches of government on the issues**

25  **described above. Weather or not the operations conducted against the named Plaintiffs**

26  **were intended to produce an intentional good or bad effect, with the intent of having**

27  **a long-term positive effect, the Plaintiff reserves the right to claim that all of**

28  **these actions produced an overall adverse effect because of the physical, mental,**

COMPLAINT FOR LACK OF OVERSIGHT OVER INTELLIGENCE COMMUNITY - 16

20070913.01'1

1  emotional, financial, social, familial, and other harm that has been done to all

2  Plaintiffs effected.

3

4      Notice: The Court should be advised on all possible actions and activities that

5  the Government can take to produce an intended effect on the outcome of this case and

6  influence judicial opinion. This includes all of the above aforementioned.

7

8      DEVELOPING COMPLAINTS:

9          1. INTERFERENCE WITH RIGHTS TO RELIGIOUS FREEDOM

10          2. INTERFERENCE WITH LOVE, FRIENDSHIPS, AND COMMUNICATION

11          3. GENDER DISCRIMINATION

12          4. SUPERFICIAL BASED OPERATIONS

13          5. SOLICITATIONS OF SOCIAL GAINS

14          6. OUTING THE VICTIM

15

16

17  Dated: Sunday, August 26, 2007

18

19

20                          D. Brian F. Bartolome

21                          Plaintiff In Propria Persona

22

23

24

25

26

27

28

COMPLAINT FOR LACK OF OVERSIGHT OVER INTELLIGENCE COMMUNITY - 17

20070913.01'1