# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS**
D. Brian F. Bartolome and Does 1 thru 10

**DEFENDANTS**
United States of America - See Attached

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)
Los Angeles County and Orange County

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
In Propria Persona (310) 880-1164

**ATTORNEYS (IF KNOWN)**
Attorney Alberto Gonzalez

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 110 Insurance | 310 Airplane | 362 Personal Injury Med Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 120 Marine | 315 Airplane Product Liability | 365 Personal Injury Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 130 Miller Act | 320 Assault Libel & Slander | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | 450 Commerce/ICC Rates/etc. |
| 140 Negotiable Instrument | 330 Federal Employers Liability | | 640 RR & Truck | 820 Copyrights | 460 Deportation |
| 150 Recovery of Overpayment & Enforcement of Judgment | 340 Marine | PERSONAL PROPERTY | 650 Airline Regs | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 151 Medicare Act | 345 Marine Product Liability | 370 Other Fraud | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| 152 Recovery of Defaulted Student Loans (Excl Veterans) | 350 Motor Vehicle | 371 Truth in Lending | 690 Other | **LABOR** | 490 Cable/Satellite TV |
| 153 Recovery of Overpayment of Veteran's Benefits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | 710 Fair Labor Standards Act | **SOCIAL SECURITY** | 810 Selective Service |
| 160 Stockholders Suits | 360 Other Personal Injury | 385 Property Damage Product Liability | 720 Labor/Mgmt Relations | 861 HIA (1395ff) | 850 Securities/Commodities/ Exchange |
| 190 Other Contract | | | 730 Labor/Mgmt Reporting & Disclosure Act | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 195 Contract Product Liability | | | 740 Railway Labor Act | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| 196 Franchise | | | 790 Other Labor Litigation | 864 SSID Title XVI | 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 791 Empl.Ret. Inc. Security Act | 865 RSI (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | 510 Motion to Vacate Sentence Habeas Corpus: | | **FEDERAL TAX SUITS** | 894 Energy Allocation Act |
| 220 Foreclosure | 442 Employment | 530 General | | 870 Taxes (US Plaintiff or Defendant) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing | 535 Death Penalty | | 871 IRS - Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | 444 Welfare | 540 Mandamus & Other | | | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 440 Other Civil Rights | 550 Civil Rights | | | 890 Other Statutory Actions |
| 290 All Other Real Property | 445 Amer w/ disab - Empl | 555 Prison Condition | | | |
| | 446 Amer w/ disab - Other | | | | |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

UNITED STATES CONSTITUTION. COMPLEX ISSUES. MULTIPLE CLAIMS. REQUESTING COURT APPOINTED ATTORNEY.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $1 BIL
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [x] YES [ ] NO

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)

(PLACE AND "X" IN ONE BOX ONLY)
- [x] SAN FRANCISCO/OAKLAND
- [ ] SAN JOSE

DATE: 17 Sept 2007   SIGNATURE OF ATTORNEY OF RECORD: Brian Bartolo

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44
### Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.   (a) Plaintiffs - Defendants. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.   Jurisdiction. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.   Residence (citizenship) of Principal Parties. This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.   Origin. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

V.   Nature of Suit. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

VI.   Cause of Action. Report the civil statute directly related to the cause of action and give a brief description of the cause.

VII.   Requested in Complaint. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.   Related Cases. This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases. Date and Attorney Signature.

Date and Attorney Signature. Date and sign the civil cover sheet.

```
 1  D. Brian F. Bartolome
    No Address Available
 2  (310) 880-1164

 3  In Propria Persona
```

UNITED STATES DISTRCI COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. BRIAN F. BARTOLOME AND DOES 1 THRU 10;<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES ATTORNEY GENERAL WILLIAM FRENCH SMITH; UNITED STATES ATTORNEY GENERAL EDWIN MEESE III; UNITED STATES ATTORNEY GENERAL RICHARD THORNBURGH; UNITED STATES ATTORNEY GENERAL WILLIAM BARR; UNITED STATES ATTORNEY GENERAL JANET RENO; UNITED STATES ATTORNEY GENERAL JOHN ASHCROFT; UNITED STATES ATTORNEY GENERAL ALBERTO GONZALEZ; UNITED STATES ATTORNEY GENERAL (SUBORDINATE); AND/OR AIR FORCE INTELLIGENCE; AND/OR ARMY INTELLIGENCE; | Case No.:<br><br>Three-Judge Court or Jury Trial<br><br>1. CHILD ABUSE<br>2. COMPLAINT FOR LACK OF OVERSIGHT OVER INTELLIGENCE COMMUNITY<br>3. MULTIPLE CLAIMS, COMPLEX ISSUES<br>4. REQUEST APPOINTMENT OF AN ATTORNEY<br>5. ATTACHMENT<br>6. VIOLATIONS OF GENEVA CONVENTIONS<br>7. VIOLATIONS OF THE UNITED STATES CONSTITUTION<br>8. VIOLATIONS OF THE BILL OF RIGHTS<br>9. VIOLATIONS OF INTERNATIONAL LAW<br>10. VIOLATIONS OF FEDERAL LAW<br>11. VIOLATIONS OF STATE LAW<br>12. VIOLATIONS OF INDIVIDUALS' RIGHTS TO INTELLECTUAL PROPERTY (CLAIMS)<br>13. VIOLATIONS OF INDIVIDUALS' RIGHTS TO BUY LAND AND CLAIM PROPERTY<br>14. VIOLATIONS OF THE AMERICAN DISABILITIES ACT<br>15. WORKPLACE HARASSMENT<br>16. OTHER<br>17. VIOLATIONS OF WHILSTLEBLOWER ACT<br><br>DATE:<br>TIME:<br>DEPT: |

COMPLAINT FOR LACK OF OVERSIGHT OVER INTELLIGENCE COMMUNITY - 1

20070913.01'1

| | |
|---|---|
| 1 | AND/OR COAST GUARD INTELLIGENCE; AND/OR ) |
| 2 | DEFENSE INTELLIGENCE AGENCCY; AND/OR ) |
| 3 | DEPARTMENT OF HOMELAND SECURITY; AND/OR ) |
| 4 | FEDERAL BUREAU OF INVESTIGATION; AND/OR ) |
| 5 | NATIONAL SECURITY AGENCY; AND/OR NAVY ) |
| 6 | INTELLIGENCE; AND/OR UNITED STATES ) |
| 7 | DEPARTMENT OF STATE (BUREAU OF ) |
| 8 | INTELLIGENCE AND RESEARCGH); AND DOES 1 ) |
| 9 | THRU 10; ) |
| 10 | Defendants. ) |

**I. Introduction**

1. This complaint comes before the court prematurely. The plaintiff requests the appointment of an attorney. The plaintiff would like to clear with the Court the exhibits he has in his possession, which can be deemed by the Government to be CLASSIFIED in nature. The resolution of these matters would allow the Plaintiff to seek a private attorney to help resolve the damages he cannot clearly articulate without an attorney. The exhibits number hundreds of pages. The plaintiff does not understand the Federal Rules of Civil Procedure, or the Local Rules; and does not have the monetary, legal, and material resources available to develop a well-founded complaint.

Civil Cover Sheet (Attachment)

I (c) Defendants:

(Known) Attorneys

**United States Attorney**

The United States Attorney's Office
Central District of California
Civil Division
300 North Los Angeles Street
Los Angeles, CA 90012

Executive Office for the United States Attorneys
United States Department of Justice
950 Pennsylvania Avenue, NW, Room 2616
Washington, DC 20530-0001

Executive Office for the United States Attorneys
United States Department of Justice
Bicentennial Building
600 E Street, NW, Room 8000

**United States Department of Justice**

**U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001**

Attorney General
Alberto R. Golzalez

Deputy Attorney General
Paul J. McNutty

Assistant Attorney General
Peter D. Keisler

**Executive Office for National Security**

**U.S. Department of Justice
Executive Office for National Security
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001**