Clear Form

FILED

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EDL

D. BRIAN F. BARTOLOME AND DOES 1 THRU 10

Plaintiff,

vs.

UNITED STATES OF AMERICA; "SEE ATTACHED"

Defendant.

CASE NO. C 07 4888

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, __D. Brian F. Bartolome__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A__  Net: __N/A__

Employer: __N/A__
_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received.
2  APPROXIMATELY JULY 2-5, 2006. TEMPORARY EMPLOYMENT. APPROXIMATELY $100.00
3  PAID.
4
5  2. Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7     a. Business, Profession or                       Yes ___ No ✔
8        self employment?
9     b. Income from stocks, bonds,                    Yes ___ No ✔
10       or royalties?
11    c. Rent payments?                                Yes ___ No ✔
12    d. Pensions, annuities, or                       Yes ___ No ✔
13       life insurance payments?
14    e. Federal or State welfare payments,            Yes ___ No ✔
15       Social Security or other govern-
16       ment source?                                  f- other [yes]
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 OTHER - $400 / MO INCOME FROM TN TO HELP PAY FOR (CASE RELATED) LIVING EXPENSES.
20
21 3.    Are you married?                              Yes ___ No ✔
22 Spouse's Full Name: N/A
23 Spouse's Place of Employment: N/A
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $ N/A                      Net $ N/A
26 4.    a. List amount you contribute to your spouse's support: $ N/A
27       b. List the persons other than your spouse who are dependent upon you for support
28          and indicate how much you contribute toward their support. (NOTE: For minor

1 | children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2 | N/A
3 |
4 | 5.    Do you own or are you buying a home?        Yes ___  No ✓
5 | Estimated Market Value: $ N/A        Amount of Mortgage: $ N/A
6 | 6.    Do you own an automobile?                   Yes ✓  No ___
7 | Make TOYOTA        Year 1993        Model PASEO
8 | Is it financed?  Yes ___  No ✓  If so, Total due: $ $500 - $1500 (DEP MKT VALUE)
9 | Monthly Payment: $ N/A
10 | 7.   Do you have a bank account?  Yes ✓  No ___  (Do not include account numbers.)
11 | Name(s) and address(es) of bank: BANK OF AMERICA  18622 *[handwritten]*
12 | *[handwritten]* Blvd, Irvine, CA 92612
13 | Present balance(s): $ 0.00
14 | Do you own any cash?  Yes ___  No ___  Amount: $ N/A
15 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 | market value.)                                   Yes ___  No ✓
17 | N/A
18 | 8.    What are your monthly expenses?
19 | Rent: $ IN TRANSITION ($450 PREVIOUS)    Utilities: $100 GAS/MO AND < $200 FAX/TELE
20 | Food: $ $200 - $400                       Clothing: NONE AT THIS TIME
21 | Charge Accounts:
22 | Name of Account              Monthly Payment            Total Owed on This Account
23 | NONE ACTIVE AT THIS          $ TIME                     $ N/A
24 | N/A                          $ N/A                      $ N/A
25 | N/A                          $ N/A                      $ N/A
26 | 9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom
27 | they are payable.  Do not include account numbers.)
28 | APPROXIMATE NUMBERS: >10K STUDENT LOANS - FINANCIAL AID (POSS FRAUD DISPUTE),

1 | > 3K BANK OF AMERICA (FRAUD DISPUTE), > $500 CAPITAL ONE (FRAUD DISPUTE)

2 | 10.   Does the complaint which you are seeking to file raise claims that have been presented in
3 | other lawsuits?   Yes ✔   No ___
4 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5 | which they were filed.
6 | SA CV 06-01012. D. BRIAN F. BARTOLOME VS. USA. CENTRAL DISTRICT COURT. LOS ANGELES,
7 | CALIFORNIA. THIS COMPLAINT HAS A LIST OF ALL OTHER ASSOCIATED CASES.

8 | I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9 | false statement herein may result in the dismissal of my claims.

11 | 17 Sept 2007                    [signature]
12 |     DATE                         SIGNATURE OF APPLICANT

```
 1  D. Brian F. Bartolome
    No Address Available
 2  (310) 880-1164

 3  In Propria Persona

 4

 5

 6

 7
                        UNITED STATES DISTRCI COURT
 8
                        NORTHERN DISTRICT OF CALIFORNIA
 9

10
    D. BRIAN F. BARTOLOME AND DOES 1 THRU 10;  )  Case No.:
11                                              )
                  Plaintiffs,                   )  Three-Judge Court or Jury Trial
12                                              )
                                                )   1. CHILD ABUSE
13                                              )   2. COMPLAINT FOR LACK OF OVERSIGHT
         vs.                                    )      OVER INTELLIGENCE COMMUNITY
14                                              )   3. MULTIPLE CLAIMS, COMPLEX ISSUES
                                                )   4. REQUEST APPOINTMENT OF AN ATTORNEY
15                                              )   5. ATTACHMENT
    UNITED STATES OF AMERICA; UNITED STATES     )   6. VIOLATIONS OF GENEVA CONVENTIONS
16                                              )   7. VIOLATIONS OF THE UNITED STATES
    DEPARTMENT OF JUSTICE; UNITED STATES        )      CONSTITUTION
17                                              )   8. VIOLATIONS OF THE BILL OF RIGHTS
    ATTORNEY GENERAL WILLIAM FRENCH SMITH;      )   9. VIOLATIONS OF INTERNATIONAL LAW
18                                              )  10. VIOLATIONS OF FEDERAL LAW
    UNITED STATES ATTORNEY GENERAL EDWIN MEESE  )  11. VIOLATIONS OF STATE LAW
19                                              )  12. VIOLATIONS OF INDIVIDUALS' RIGHTS
    III; UNITED STATES ATTORNEY GENERAL         )      TO INTELLECTUAL PROPERTY (CLAIMS)
20                                              )  13. VIOLATIONS OF INDIVIDUALS' RIGHTS
    RICHARD THORNBURGH; UNITED STATES ATTORNEY  )      TO BUY LAND AND CLAIM PROPERTY
21                                              )  14. VIOLATIONS OF THE AMERICAN
    GENERAL WILLIAM BARR; UNITED STATES         )      DISABILITIES ACT
22                                              )  15. WORKPLACE HARASSMENT
    ATTORNEY GENERAL JANET RENO; UNITED STATES  )  16. OTHER
23                                              )  17. VIOLATIONS OF WHILSTLEBLOWER ACT
    ATTORNEY GENERAL JOHN ASHCROFT; UNITED      )
24                                              )  DATE:
    STATES ATTORNEY GENERAL ALBERTO GONZALEZ;   )  TIME:
25                                              )  DEPT:
    UNITED STATES ATTORNEY GENERAL              )
26                                              )
    (SUBORDINATE); AND/OR AIR FORCE             )
27                                              )
    INTELLIGENCE; AND/OR ARMY INTELLIGENCE;     )
28                                              )
                                                )
```

COMPLAINT FOR LACK OF OVERSIGHT OVER INTELLIGENCE COMMUNITY - 1

20070913.01'1

| | |
|---|---|
| 1 | AND/OR COAST GUARD INTELLIGENCE; AND/OR ) |
| 2 | DEFENSE INTELLIGENCE AGENCCY; AND/OR ) |
| 3 | DEPARTMENT OF HOMELAND SECURITY; AND/OR ) |
| 4 | FEDERAL BUREAU OF INVESTIGATION; AND/OR ) |
| 5 | NATIONAL SECURITY AGENCY; AND/OR NAVY ) |
| 6 | INTELLIGENCE; AND/OR UNITED STATES ) |
| 7 | DEPARTMENT OF STATE (BUREAU OF ) |
| 8 | INTELLIGENCE AND RESEARCGH); AND DOES 1 ) |
| 9 | THRU 10; ) |
| 10 | Defendants. ) |

### I. Introduction

1. This complaint comes before the court prematurely. The plaintiff requests the appointment of an attorney. The plaintiff would like to clear with the Court the exhibits he has in his possession, which can be deemed by the Government to be CLASSIFIED in nature. The resolution of these matters would allow the Plaintiff to seek a private attorney to help resolve the damages he cannot clearly articulate without an attorney. The exhibits number hundreds of pages. The plaintiff does not understand the Federal Rules of Civil Procedure, or the Local Rules; and does not have the monetary, legal, and material resources available to develop a well-founded complaint.