1  D. Brian F. Bartolome
   No Address Available
2  (310) 880-1164

3  In Propria Persona

**FILED**

SEP 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRCI COURT

NORTHERN DISTRICT OF CALIFORNIA

**EDL**

Case No. C 07 4888

D. BRIAN F. BARTOLOME AND DOES 1 THRU 10;

  Plaintiffs,

) CERTIFICATE AND NOTICE OF INTERESTED
) PARTIES
)
) DATE:
) TIME:
) DEPT:

vs.

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES ATTORNEY GENERAL WILLIAM FRENCH SMITH; UNITED STATES ATTORNEY GENERAL EDWIN MEESE III; UNITED STATES ATTORNEY GENERAL RICHARD THORNBURGH; UNITED STATES ATTORNEY GENERAL WILLIAM BARR; UNITED STATES ATTORNEY GENERAL JANET RENO; UNITED STATES ATTORNEY GENERAL JOHN ASHCROFT; UNITED STATES ATTORNEY GENERAL ALBERTO GONZALEZ; UNITED STATES ATTORNEY GENERAL (SUBORDINATE); AND/OR AIR FORCE INTELLIGENCE; AND/OR ARMY INTELLIGENCE;



CERTIFICATE AND NOTICE OF INTERESTED PARTIES - 1

20070913.02'1

| | | |
|---|---|---|
| 1 | AND/OR COAST GUARD INTELLIGENCE; AND/OR | ) ) |
| 2 | DEFENSE INTELLIGENCE AGENCCY; AND/OR | ) ) |
| 3 | DEPARTMENT OF HOMELAND SECURITY; AND/OR | ) ) |
| 4 | FEDERAL BUREAU OF INVESTIGATION; AND/OR | ) ) |
| 5 | NATIONAL SECURITY AGENCY; AND/OR NAVY | ) ) |
| 6 | INTELLIGENCE; AND/OR UNITED STATES | ) ) |
| 7 | DEPARTMENT OF STATE (BUREAU OF | ) ) |
| 8 | INTELLIGENCE AND RESEARCGH); AND DOES 1 | ) ) |
| 9 | THRU 10; | ) ) |
| 10 | Defendants. | ) ) |
| 11 | | ) |

13  TO: THE COURT AND ALL PARTIES APPEARING ON RECORD:

14       The undersigned, counsel of record for D. Brian F. Bartolome (In Propria
15  Persona), certifies that the following listed parties have a direct, pecuniary
16  interest in the outcome of this case. These representations are made to the Court to
17  evaluate possible disqualification or recusal.

19       PARTY                                                      CONNECTION
20  D. BRIAN F. BARTOLOME A                                         PLAINTIFF
21  (PLAINTIFF) DOES 1 THRU 10                                      PLAINTIFF
22  UNITED STATES OF AMERICA                                        DEFENDANT
23  UNITED STATES DEPARTMENT OF JUSTICE                             DEFENDANT
24  UNITED STATES ATTORNEY GENERAL WILLIAM F. SMITH                 DEFENDANT
25  UNITED STATES ATTORNEY GENERAL EDWIN MEESE III                  DEFENDANT
26  UNITED STATES ATTORNEY GENERAL RICHARD THORNBURGH               DEFENDANT
27  UNITED STATES ATTORNEY GENERAL WILLIAM BARR                     DEFENDANT
28  UNITED STATES ATTORNEY GENERAL JANET RENO                       DEFENDANT

CERTIFICATE AND NOTICE OF INTERESTED PARTIES - 2

20070913.02'1

| | | |
|---|---|---|
| 1 | UNITED STATES ATTORNEY GENERAL JOHN ASHCROFT | DEFENDANT |
| 2 | UNITED STATES ATTORNEY GENERAL ALBERTO GONZALEZ | DEFENDANT |
| 3 | UNITED STATES ATTORNEY GENERAL (SUBORDINATE) | DEFENDANT |
| 4 | AIR FORCE INTELLIGENCE | DEFENDANT |
| 5 | ARMY INTELLIGENCE | DEFENDANT |
| 6 | (DEFENDANT) DOES 1 THRU 10 | DEFENDANT |

Dated: Thursday, September 13, 2007

_____

D. Brian F. Bartolome

Plaintiff In Propria Persona

CERTIFICATE AND NOTICE OF INTERESTED PARTIES - 3

20070913.02'1