UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


D. BRIAN F. BARTOLOME

           Plaintiff,

  v.

UNITED STATES OF AMERICA,

           Defendant.
_____/

Case Number: C 07-04888 EDL

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


D. Brian F. Bartolome
P.O. Box 3045
Santa Moncia, CA 90408-3045



Dated:  January 22, 2008

Richard W. Wieking, Clerk

By: _____
Deputy Clerk