IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. BRIAN F. BARTOLOME,  | No. C-07-04888 EDL |
| Plaintiff, | **ORDER FOR REASSIGNMENT** |
| v. | |
| UNITED STATES, et al., | |
| Defendant. | |

In view of the Report and Recommendation filed on January 18, 2008, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

Dated: January 18, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge