UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

D. BRIAN F. BARTOLOME,

    Plaintiff,

    v.

UNITED STATES, et al.,

    Defendants.

_____/

No. C 07-4888 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court has reviewed the Magistrate Judge's Report and Recommendation Re: Plaintiff's Application to Proceed In Forma Pauperis. No objections have been filed. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, plaintiff's complaint is DISMISSED with prejudice, pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff's corresponding Ex Parte Motion for Appointment of an Attorney is also DENIED.

    IT IS SO ORDERED.

Dated: February 1, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

cc:  Wings, Assigned M/J,
     counsel of record