UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

D. BRIAN F. BARTOLOME,

    Plaintiff,

    v.

UNITED STATES, et al.,

    Defendants.
_____/

No. C 07-4888 PJH

**JUDGMENT**

The court having dismissed this case,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action be dismissed.

IT IS SO ORDERED.

Dated: February 1, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge