```
1  D. Brian F. Bartolome
   P.O. Box 3045
2  Santa Monica, CA 90408-3045
   (310) 880-1164
3  Plaintiff
   In Propria Persona
4
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. BRIAN F. BARTOLOME; JENNIFER FORD (DECEASED); DOES 1 THRU 10;<br><br>PLAINTIFFS,<br><br>vs.<br><br>United States of America; United States Department of Justice; William French Smith; Edwin Meese, III; Richard Thornburgh; William Barr; Janet Reno; John Ashcroft; Alberto Gonzalez; United States Attorney General (Subordinate); Air Force Intelligence; Army Intelligence; Coast Guard Intelligence; Department of Homeland Security; Federal | Case No.: C 07 4888 EDL PJH<br><br>1. CHANGE OF (PLAINTIFFS) ADDRESS |

*ORIGINAL*
*FILED 08 FEB -1 PM 1:18*

CHANGE OF PLAINTIFFS ADDRESS. 20080116.05'2 - 1

| | |
|---|---|
| 1 | Bureau of Investigation;         ) |
| 2 | National Security Agency;       ) |
| 3 | Navy Intelligence; and the      ) |
| 4 | United States Department of     ) |
| 5 | State (Bureau of Intelligence)  |
| 6 | and Research); and Does 1       ) |
| 7 | thru 10;                        ) |
| 8 |     DEFENDANTS.              ) |

CHANGE OF ADDRESS

I, D. Brian F. Bartolome, hereby notify the Court and all parties concerned that my address has changed.

My former addresses were:
1) 1922 Verano Place, Irvine, CA 92612
2) P.O. Box 643034, Los Angeles, CA 90064

My new address is:
1) P.O. Box 3045, Santa Monica, CA 90408-3045

Dated: Wednesday, January 16, 2008

By: _____
D. Brian F. Bartolome
In Propria Persona
Defendant