1  D. Brian F. Bartolome
   P.O. Box 3045
2  Santa Monica, CA 90408-3045
   (310) 880-1164
3  Plaintiff
   In Propria Persona
4
                                    **ORIGINAL**



8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11 D. BRIAN F. BARTOLOME;            ) Case No.: C 07 4888 ~~EDL~~ PJH
                                     )
12 JENNIFER FORD (DECEASED);         ) 1. NOTICE OF LIMITATIONS OF
                                     )    PLAINTIFF'S TESTIMONY /
13 DOES 1 THRU 10;                   )    CORRESPONDENCE
                                     )
14      PLAINTIFFS,                  )
                                     )
15    vs.                            )
                                     )
16 United States of America;         )
                                     )
17 United States Department of       )
                                     )
18 Justice; William French           )
                                     )
19 Smith; Edwin Meese, III;          )
                                     )
20 Richard Thornburgh; William       )
                                     )
21 Barr; Janet Reno; John            )
                                     )
22 Ashcroft; Alberto Gonzalez;       )
                                     )
23 United States Attorney            )
                                     )
24 General (Subordinate); Air        )
                                     )
25 Force Intelligence; Army          )
                                     )
26 Intelligence; Coast Guard         )
                                     )
27 Intelligence; Department of       )
                                     )
28 Homeland Security; Federal        )
                                     )
   _____)

```
 1  Bureau of Investigation;        )
                                    )
 2  National Security Agency;       )
                                    )
 3  Navy Intelligence; and the      )
                                    )
 4  United States Department of     )
                                    )
 5  State (Bureau of Intelligence)
                                    )
 6  and Research); and Does 1       )
                                    )
 7  thru 10;                        )
                                    )
 8           DEFENDANTS.            )
                                    )
 9  _____  )
```

## NOTICE

Plaintiff hereby notifies the Court that prior to the initiation of any formal Court proceedings where any recording / transcribing will be taken, that he may be limited in participating, if any of the arguments leads to having to identify any particular member of Congress or any particular political party. Furthermore, if any line of questioning involves undisclosed and not yet agreed upon practices, that involve any State or Federally funded entities, then the Plaintiff may be limited in correspondence unless the Court's intent is to find out about the harm involved.

Dated: Wednesday, January 16, 2008

By: _____
D. Brian F. Bartolome
In Propria Persona
Defendant