1  D. Brian F. Bartolome
   P.O. Box 3045
2  Santa Monica, CA 90408-3045
   (310) 880-1164
3  Plaintiff
   In Propria Persona
4



5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

10
11 D. BRIAN F. BARTOLOME;           ) Case No.: C 07 4888 ~~EDL~~ PJH
                                    )
12 JENNIFER FORD (DECEASED);        ) 1. NOTICE REGARDING
                                    )    BACKGROUND / HISTORY OF
13 DOES 1 THRU 10;                  )    CASE TO DATE
                                    )
14         PLAINTIFFS,              )
                                    )
15     vs.                          )
                                    )
16 United States of America;        )
                                    )
17 United States Department of      )
                                    )
18 Justice; William French          )
                                    )
19 Smith; Edwin Meese, III;         )
                                    )
20 Richard Thornburgh; William      )
                                    )
21 Barr; Janet Reno; John           )
                                    )
22 Ashcroft; Alberto Gonzalez;      )
                                    )
23 United States Attorney           )
                                    )
24 General (Subordinate); Air       )
                                    )
25 Force Intelligence; Army         )
                                    )
26 Intelligence; Coast Guard        )
                                    )
27 Intelligence; Department of      )
                                    )
28 Homeland Security; Federal       )
                                    )

NOTICE REGARDING BACKGROUND / HISTORY OF CASE TO DATE 20080116.07'2 - 1

| | |
|---|---|
| 1 | Bureau of Investigation;           ) |
| 2 | National Security Agency;          ) |
| 3 | Navy Intelligence; and the         ) |
| 4 | United States Department of        ) |
| 5 | State (Bureau of Intelligence)     |
| 6 | and Research); and Does 1          ) |
| 7 | thru 10;                           ) |
| 8 |     DEFENDANTS. ) |

NOTICE

Plaintiff hereby notifies the Court that he has initiated certain administrative proceedings / complaints / correspondence with the following individual(s) / department(s) prior to hearing.

1. Senator XXXXXXXXX – Senate Intelligence Committee / Committee on the Judiciary
2. Congressman XXXXXXXXX – Oversight and Government Reform Committee
3. U.S. Department of Justice
4. FISA / Intelligence Court
5. Other

Dated: Wednesday, January 16, 2008

By: _____
D. Brian F. Bartolome
In Propria Persona
Defendant