```
 1  D. Brian F. Bartolome
    P.O. Box 3045
 2  Santa Monica, CA 90408-3045
    (310) 880-1164
 3  Plaintiff
    In Propria Persona
 4
 5
 6
 7
```



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. BRIAN F. BARTOLOME; JENNIFER FORD (DECEASED); DOES 1 THRU 10;<br><br>PLAINTIFFS,<br>vs.<br>United States of America; United States Department of Justice; William French Smith; Edwin Meese, III; Richard Thornburgh; William Barr; Janet Reno; John Ashcroft; Alberto Gonzalez; United States Attorney General (Subordinate); Air Force Intelligence; Army Intelligence; Coast Guard Intelligence; Department of Homeland Security; Federal | Case No.: C 07 4888 ~~EDL~~ PJH<br><br>1. EX-PARTE MOTION FOR THE APPOINTMENT OF AN ATTORNEY<br><br>**ORIGINAL** |

1  Bureau of Investigation;            )
                                       )
2  National Security Agency;           )
                                       )
3  Navy Intelligence; and the          )
                                       )
4  United States Department of         )
                                       )
5  State (Bureau of Intelligence)
                                       )
6  and Research); and Does 1           )
                                       )
7  thru 10;                            )
                                       )
8              DEFENDANTS.             )
                                       )

1                      EX-PARTE MOTION

2     PLAINTIFF HEREBY REQUESTS THE APPOINTMENT OF AN
3 ATTORNEY.

4

5 Dated: Wednesday, January 16, 2008

6

7                By: _____
8                          D. Brian F. Bartolome
9                              In Propria Persona
10                                      Defendant