1  D. Brian F. Bartolome
   P.O. Box 3045
2  Santa Monica, CA 90408-3045
   (310) 880-1164
3  Plaintiff
   In Propria Persona
4

5

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 D. BRIAN F. BARTOLOME;          ) Case No.: C 07 4888 ~~EDL~~ PJH
                                   )
12 JENNIFER FORD (DECEASED);       )    1. EX-PARTE MOTION TO FILE
                                   )       DOCUMENTS BY WAY OF E-
13 DOES 1 THRU 10;                 )       FILE
                                   )
14         PLAINTIFFS,             )
                                   )
15     vs.                         )
                                   )
16 United States of America;       )
                                   )
17 United States Department of     )
                                   )
18 Justice; William French        )
                                   )
19 Smith; Edwin Meese, III;        )
                                   )
20 Richard Thornburgh; William     )
                                   )
21 Barr; Janet Reno; John          )
                                   )
22 Ashcroft; Alberto Gonzalez;     )
                                   )
23 United States Attorney          )
                                   )
24 General (Subordinate); Air      )
                                   )
25 Force Intelligence; Army        )
                                   )
26 Intelligence; Coast Guard       )
                                   )
27 Intelligence; Department of     )
                                   )
28 Homeland Security; Federal      )
                                   )



**ORIGINAL**

1  Bureau of Investigation;        )
                                   )
2  National Security Agency;       )
                                   )
3  Navy Intelligence; and the      )
                                   )
4  United States Department of     )
                                   )
5  State (Bureau of Intelligence)
                                   )
6  and Research); and Does 1       )
                                   )
7  thru 10;                        )
                                   )
8              DEFENDANTS.         )
                                   )
9  _____   )

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

EX-PARTE MOTION

2    PLAINTIFF HEREBY REQUESTS THAT THE COURT ALLOW HIM TO

3  FILE ALL DOCUMENTS BY WAY OF E-FILE.

4

5  Dated: Wednesday, January 16, 2008

6

7                    By: _____

8                                 D. Brian F. Bartolome

9                                 In Propria Persona

10                                       Defendant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28