1  D. Brian F. Bartolome
   P.O. Box 3045
2  Santa Monica, CA 90408-3045
   (310) 880-1164
3  Plaintiff
   In Propria Persona
4



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| D. BRIAN F. BARTOLOME; | ) Case No.: C 07 4888 ~~EDL~~ PJH |
|---|---|
| JENNIFER FORD (DECEASED); | ) 1. PROPOSED ORDER TO FILE |
| DOES 1 THRU 10; | ) DOCUMENTS BY WAY OF E-FILE |
| PLAINTIFFS, | ) |
| vs. | ) |
| United States of America; United States Department of Justice; William French Smith; Edwin Meese, III; Richard Thornburgh; William Barr; Janet Reno; John Ashcroft; Alberto Gonzalez; United States Attorney General (Subordinate); Air Force Intelligence; Army Intelligence; Coast Guard Intelligence; Department of Homeland Security; Federal | ) |

PROPOSED TO FILE DOCUMENTS BY WAY OF ELECTRONIC FILING 20080116.131          1

1  Bureau of Investigation;           )
                                      )
2  National Security Agency;          )
                                      )
3  Navy Intelligence; and the         )
                                      )
4  United States Department of        )
                                      )
5  State (Bureau of Intelligence)
                                      )
6  and Research); and Does 1          )
                                      )
7  thru 10;                           )
                                      )
8           DEFENDANTS.                )
                                      )
9  _____)

PROPOSED ORDER

Plaintiff's MOTION FOR THE APPOINTMENT OF AN ATTORNEY went before this Court on _____. D. Brian F. Bartolome appeared In Propria Persona (in person / by way of telephone). _____ appeared for the Defendant.

After considering the motion and all supporting and opposing arguments of counsel, and otherwise being duly advised on all matters presented on this cause,

IT IS HEREBY ORDERED.

[   ] That Plaintiff will be allowed to file documents by way of ELECTRONIC FILING.

[   ] Denied

[   ] Other:

_____

_____

_____

SO ORDERED:
Dated: _____



_____[signature]
UNITED STATES DISTRICT JUDGE


[OR]

_____[signature]
UNITED STATES MAGISTRATE JUDGE