1  D. Brian F. Bartolome
2  P.O. Box 3045
   Santa Monica, CA 90408-3045
3  (310) 880-1164
   Plaintiff
4  In Propria Persona




8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

11 | D. BRIAN F. BARTOLOME;        ) Case No.: C 07 4888 ~~EDL~~ PJH
12 | JENNIFER FORD (DECEASED);     )  1. EX-PARTE MOTION TO ALLOW
                                   )     PLAINTIFF'S ATTENDANCE
13 | DOES 1 THRU 10;               )     BY WAY OF TELEPHONE CALL
                                   )     FOR THE INITIAL CASE
14 |         PLAINTIFFS,           )     MANAGEMENT CONFERENCE
                                   )
15 |    vs.                        )
16 | United States of America;     )
17 | United States Department of   )
18 | Justice; William French       )
19 | Smith; Edwin Meese, III;      )
20 | Richard Thornburgh; William   )
21 | Barr; Janet Reno; John        )
22 | Ashcroft; Alberto Gonzalez;   )
23 | United States Attorney        )
24 | General (Subordinate); Air    )
25 | Force Intelligence; Army      )
26 | Intelligence; Coast Guard     )
27 | Intelligence; Department of   )
28 | Homeland Security; Federal    )

| | |
|---|---|
| 1 | Bureau of Investigation; ) |
| 2 | National Security Agency; ) |
| 3 | Navy Intelligence; and the ) |
| 4 | United States Department of ) |
| 5 | State (Bureau of Intelligence ) |
| 6 | and Research); and Does 1 ) |
| 7 | thru 10; ) |
| 8 |         DEFENDANTS. ) |

MOTION

PLAINTIFF HEREBY REQUESTS THAT THE COURT ALLOW HIM TO PARTICIPATE IN THE INITIAL CASE MANAGEMENT CONFERENCE BY WAY OF TELEPHONE.

By: _____
D. Brian F. Bartolome
In Propria Persona
Defendant