```
 1  D. Brian F. Bartolome
    P.O. Box 3045
 2  Santa Monica, CA 90408-3045
    (310) 880-1164
 3  Plaintiff
    In Propria Persona
 4
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COPY

| | |
|---|---|
| D. BRIAN F. BARTOLOME; ) <br> ) <br> JENNIFER FORD (DECEASED); ) <br> ) <br> DOES 1 THRU 10; ) <br> ) <br>         PLAINTIFFS, ) <br> ) <br>    vs. ) <br> ) <br> United States of America; ) <br> ) <br> United States Department of ) <br> ) <br> Justice; William French ) <br> ) <br> Smith; Edwin Meese, III; ) <br> ) <br> Richard Thornburgh; William ) <br> ) <br> Barr; Janet Reno; John ) <br> ) <br> Ashcroft; Alberto Gonzalez; ) <br> ) <br> United States Attorney ) <br> ) <br> General (Subordinate); Air ) <br> ) <br> Force Intelligence; Army ) <br> ) <br> Intelligence; Coast Guard ) <br> ) <br> Intelligence; Department of ) <br> ) <br> Homeland Security; Federal ) <br> ) | Case No.: C 07 4888 PJH <br><br> 1. PROPOSED ORDER TO ALLOW PLAINTIFF'S ATTENDANCE BY WAY OF TELEPHONE CALL FOR THE INITIAL CASE MANAGEMENT CONFERENCE |

PROPOSED ORDER TO ALLOW PLAINTIFF'S ATTENDANCE BY WAY OF TELEPHONE CALL 20080116.04'3 - 1

```
 1  Bureau of Investigation;         )
                                     )
 2  National Security Agency;        )
                                     )
 3  Navy Intelligence; and the       )
                                     )
 4  United States Department of      )
                                     )
 5  State (Bureau of Intelligence    )
                                     )
 6  and Research); and Does 1        )
                                     )
 7  thru 10;                         )
                                     )
 8              DEFENDANTS.          )
                                     )
 9  _____)
```

PROPOSED ORDER TO ALLOW PLAINTIFF'S ATTENDANCE BY WAY OF TELEPHONE CALL 20080116.04'3 - 2

PROPOSED ORDER

Plaintiff's MOTION FOR THE APPOINTMENT OF AN ATTORNEY went before this Court on _____. D. Brian F. Bartolome appeared In Propria Persona (in person / by way of telephone). _____ appeared for the Defendant.

After considering the motion and all supporting and opposing arguments of counsel, and otherwise being duly advised on all matters presented on this cause,

IT IS HEREBY ORDERED.

[  ] That Plaintiff will be allowed to participate in the Initial Case Management Conference by way of telephone call.

[  ] Denied

[  ] Other:

_____

_____

_____


SO ORDERED:

Dated: _____

_____[signature]
UNITED STATES DISTRICT JUDGE

[OR]

_____[signature]
UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER TO ALLOW PLAINTIFF'S ATTENDANCE BY WAY OF TELEPHONE CALL 20080116.04'3 - 3