```
 1  D. Brian F. Bartolome
    P.O. Box 3045
 2  Santa Monica, CA 90408-3045
    (310) 880-1164
 3  Plaintiff
    In Propria Persona
 4
```



ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. BRIAN F. BARTOLOME; | Case No.: C 07 4888 ~~EDL~~ PJH |
| JENNIFER FORD (DECEASED); | 1. EX PARTE MOTION TO RESET CALENDAR DATES |
| DOES 1 THRU 10; | |
| PLAINTIFFS, | |
| vs. | |
| United States of America; | |
| United States Department of | |
| Justice; William French | |
| Smith; Edwin Meese, III; | |
| Richard Thornburgh; William | |
| Barr; Janet Reno; John | |
| Ashcroft; Alberto Gonzalez; | |
| United States Attorney | |
| General (Subordinate); Air | |
| Force Intelligence; Army | |
| Intelligence; Coast Guard | |
| Intelligence; Department of | |
| Homeland Security; Federal | |

EX PARTE MOTION TO RESET CALENDAR DATES 20080116.11'3         1

```
1  Bureau of Investigation;        )
                                   )
2  National Security Agency;       )
                                   )
3  Navy Intelligence; and the      )
                                   )
4  United States Department of     )
                                   )
5  State (Bureau of Intelligence   )
                                   )
6  and Research); and Does 1       )
                                   )
7  thru 10;                        )
                                   )
8              DEFENDANTS.         )
   _____)
```

EX PARTE MOTION

PLAINTIFF HEREBY ASKS THE COURT TO RESET ALL CALENDAR DATES SINCE THE INITIAL COMPLAINT WAS FILED. PLAINTIFF IS FLOODED WITH PAPERWORK AND ACTIONS, DUE TO THE ENORMOUS AMOUNT OF WORK INVOLVED IN THIS CASE AND SIMILAR PROCEEDINGS. PLAINTIFF HAS RECENTLY ACQUIRED A STABLE MAILING ADDRESS AND IS REORGANIZING TO ESTABLISH A STABLE BASE SO HE CAN CONTINUE MOVING FORWARD WITH THESE MATTERS.

PLAINTIFF HAS NOT YET NOTIFIED THE DEFENDANT OF THESE PROCEEDINGS.

Dated: Wednesday, January 16, 2008

By: _____

D. Brian F. Bartolome

In Propria Persona

Defendant