1  D. Brian F. Bartolome
   P.O. Box 3045
2  Santa Monica, CA 90408-3045
   (310) 880-1164
3  Plaintiff
   In Propria Persona
4

5

6

7
                                    COPY
8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 D. BRIAN F. BARTOLOME;        ) Case No.: C 07 4888 PJH
                                 )
12 JENNIFER FORD (DECEASED);     ) 1. PROPOSED ORDER TO RESET
                                 )    CALENDAR DATES
13 DOES 1 THRU 10;               )
                                 )
14        PLAINTIFFS,            )
                                 )
15    vs.                        )
                                 )
16 United States of America;     )
                                 )
17 United States Department of   )
                                 )
18 Justice; William French       )
                                 )
19 Smith; Edwin Meese, III;      )
                                 )
20 Richard Thornburgh; William   )
                                 )
21 Barr; Janet Reno; John        )
                                 )
22 Ashcroft; Alberto Gonzalez;   )
                                 )
23 United States Attorney        )
                                 )
24 General (Subordinate); Air    )
                                 )
25 Force Intelligence; Army      )
                                 )
26 Intelligence; Coast Guard     )
                                 )
27 Intelligence; Department of   )
                                 )
28 Homeland Security; Federal    )
                                 )
   _____)

PROPOSED ORDER TO RESET CALDAR DATES 20080116.10'3 - 1

1  Bureau of Investigation;               )
2  National Security Agency;              )
3  Navy Intelligence; and the             )
4  United States Department of            )
5  State (Bureau of Intelligence)
6  and Research); and Does 1              )
7  thru 10;                               )
8           DEFENDANTS.                   )

PROPOSED ORDER

Plaintiff's MOTION TO RESET CALENDAR DATES went before this Court on _____. D. Brian F. Bartolome appeared In Propria Persona (in person / by way of telephone). _____ appeared for the Defendant.

After considering the motion and all supporting and opposing arguments of counsel, and otherwise being duly advised on all matters presented on this cause,

IT IS HEREBY ORDERED.

[ ]   THAT THE CALENDAR DATES BE RESET.
[ ]   Denied
[ ]   Other:

_____
_____
_____

SO ORDERED:
Dated: _____

_____[signature]
UNITED STATES DISTRICT JUDGE

[OR]

_____[signature]
UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER TO RESET CALDAR DATES 20080116.10'3 - 3