1  D. Brian F. Bartolome
   P.O. Box 3045
2  Santa Monica, CA 90408-3045
   (310) 880-1164
3  Plaintiff
   In Propria Persona
4

5

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA



10

11 D. BRIAN F. BARTOLOME;          ) Case No.: C 07 4888 ~~EDL~~ PJH
                                   )
12 JENNIFER FORD (DECEASED);       )  1. PROPOSED ORDER TO REVERT
                                   )     THE CONSENT /
13 DOES 1 THRU 10;                 )     DECLINATION OF
                                   )     ASSIGNMENT (TO A U.S.
14        PLAINTIFFS,              )     MAGISTRATE JUDGE OR U.S.
                                   )     DISTRICT COURT JUDGE) TO
15    vs.                          )     THE NORTHERN DISTRICT
                                   )     COURT
16 United States of America;       )
                                   )
17 United States Department of     )
                                   )
18 Justice; William French         )
                                   )
19 Smith; Edwin Meese, III;        )
                                   )
20 Richard Thornburgh; William     )
                                   )
21 Barr; Janet Reno; John          )
                                   )
22 Ashcroft; Alberto Gonzalez;     )
                                   )
23 United States Attorney          )
                                   )
24 General (Subordinate); Air      )
                                   )
25 Force Intelligence; Army        )
                                   )
26 Intelligence; Coast Guard       )
                                   )
27 Intelligence; Department of     )
                                   )
28 Homeland Security; Federal      )
                                   )

1 | Bureau of Investigation;           )
2 | National Security Agency;          )
3 | Navy Intelligence; and the         )
4 | United States Department of        )
5 | State (Bureau of Intelligence)
6 | and Research); and Does 1          )
7 | thru 10;                           )
8 |            DEFENDANTS.             )

1       PROPOSED ORDER

2       Plaintiff's MOTION TO REVERT THE CONSENT / DECLINATION
3  OF ASSIGNMENT (TO A U.S. MAGISTRATE JUDGE OR U.S. DISTRICT
4  COURT JUDGE) TO THE NORTHERN DISTRICT COURT went before
5  this Court on _____. D. Brian F. Bartolome
6  appeared In Propria Persona (in person / by way of
7  telephone). _____ appeared for the
8  Defendant.

9       After considering the motion and all supporting and
10 opposing arguments of counsel, and otherwise being duly
11 advised on all matters presented on this cause,

12      IT IS HEREBY ORDERED.

13      [   ] That the Court will follow up with the FISA
14 Court (Panel) on how to proceed with this matter.

15      [   ] That the Court will follow up with the
16 Intelligence Court (Panel) on how to proceed with this
17 matter.

18      [   ] That the Court will follow up with the Senate
19 Intelligence Committee on how to proceed with this matter.

20      [   ] That the Court will follow up with the House
21 Permanent Select Committee on Intelligence on how to
22 proceed with this matter.

23      [   ] That the Court has decided to assign this case
24 to a U.S. Magistrate Judge.

25      [   ] That the Court has decided to assign this case
26 to a U.S. District Court Judge.

27      [   ] Other:

[     ]  DENIED

SO ORDERED:

Dated: _____

                                    _____[signature]

                                    UNITED STATES DISTRICT JUDGE

                                    [OR]

                                  _____[signature]

                                  UNITED STATES MAGISTRATE JUDGE